12-27-2015

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO. TEXAS

2015 DEC 30 AM 9: 58

Keith E. Hottle

KEITH E. HOTTLE. CLERK

Fourth Court of Appeals
300 Dolorosa, Ste. 3200
San Antonio, TX 78205-3037

Re: Court of Appeals Number: 04-15-00695-CV
Trial Court Case Number: 15-003-CCL

I recieved notice that both the Clerk's record and the Court Reporter's records have been filed in the above referenced case. I have not recieved copies as requested. Would you please check into this.

Thank you!

JL McAbe, pro se
Powledge Unit 1855073
1400 FM 3452
Palestine, TX 75803



John W Donoho 1855723
Powledge Unit
1400 FM 3452
Palestine, TX 75803

Legal Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
28 DEC 2015 PM 2 L

Fourth Court of Appeals
300 Dolorosa, Ste 3200
San Antonio, TX 78205-3037

7820530379 9

Legal Mail

REGISTER MAIL

TEXAS

CRIMINAL

JUSTICE INSTITUTIONAL

INSTITUTIONS DIVISION